**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Raul Trevino FLORES, Defendant–
Appellant.**

**No. 05–41514.
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided April 11, 2006.

James Lee Turner, John Richard Berry, Assistant U.S. Attorneys, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Sarah Beth Landau, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM: *

Raul Trevino Flores appeals his sentence for illegal reentry, in violation of 8 U.S.C. § 1326(a) and (b). Although the Government seeks to dismiss the appeal as barred by the appellate waiver provision in Trevino Flores's plea agreement, we need not decide whether the waiver precludes consideration of the instant appeal as Trevino Flores's constitutional challenge is foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). Although Trevino Flores contends that *Almendarez–Torres* was incorrectly decided and that a majority of the Supreme Court would overrule *Almendarez–Torres* in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), we have repeatedly rejected such arguments on the basis that *Almendarez–Torres* remains binding. *See United States v. Garza–Lopez,* 410 F.3d 268, 276 (5th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 298, 163 L.Ed.2d 260 (2005). Trevino Flores properly concedes that his argument is foreclosed in light of *Almendarez–Torres* and circuit precedent, but he raises it here

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

to preserve it for further review. His conviction and sentence are AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.